UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESH MUSIC, LLC,

        Plaintiff,

-against-

CHOSEN PEOPLE MINISTRIES, INC.,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/29/2020_
```

20 Civ. 6986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 1, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by October 26, 2020. ECF No. 8 ¶¶ 4–5. That submission is now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **October 30, 2020**.

      SO ORDERED.

Dated: October 29, 2020
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge